**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-2640**

─────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

CHARLES HARRIS BROWN, JR.; ERIC D. BELLSEY,

                                    Claimants - Appellants,

        and

$15,000.00   IN   UNITED   STATES   CURRENCY;
$1,341.00 IN UNITED STATES CURRENCY,

                                    Defendants.

─────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-99-2861-6)

─────────

Submitted:  June 15, 2000        Decided:  June 20, 2000

─────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

William G. Yarborough, III, ASHMORE & YARBOROUGH, P.A., Greenville, South Carolina, for Appellants. J. Rene Josey, United States Attorney, Anne Hunter Young, Assistant United States Attorney, Marvin J. Caughman, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Harris Brown, Jr., and Eric D. Bellsey appeal the district court's order denying their motion for return of property under Fed. R. Crim. P. 41(e). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Brown, No. CA-99-2861-6 (D.S.C. Nov. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED